## GILIARD *v.* THE STATE.

ATKINSON, J. 1. Under the showing made there was no abuse of discretion in overruling the motion for a continuance.

2. There being no grounds of the motion for a new trial except the general grounds and the overruling of the motion for a continuance, and the evidence being sufficient to support the verdict, there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted June 21, — Decided July 15, 1909.

Indictment for murder. Before Judge Roan. Fulton superior court. April 4, 1909.

*Frank L. Haralson,* for plaintiff in error.

*John C. Hart, attorney-general, C. D. Hill, solicitor-general,* and *D. K. Johnston,* contra.

---

## PLEMMONS *v.* KEITH.

LUMPKIN, J. While the evidence might have authorized a different result, yet there being enough to sustain the finding, and the ordinary having rendered a judgment in favor of the applicant to have obstructions removed from a road, and, on writ of certiorari, the judge of the superior court having approved the judgment, and no ruling as to any question of law being involved except whether the judgment was authorized by the evidence, this court will not reverse the judgment of the superior court. *Judgment affirmed. All the Justices concur.*

Submitted February 3, — Decided July 16, 1909.

Certiorari. Before Judge Fite. Murray superior court. February 21, 1908.

*C. L. Henry* and *R. J. & J. McCamy,* for plaintiff in error.